IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00275-WYD-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHARLES E. CARLSON, individually, and in his official capacity
as General Partner of Front Range Royalties, Limited, and as
real party in interest for Frontenac Mining Limited,
FRONT RANGE ROYALTIES, LIMITED, a Colorado Limited Partnership, and
FRONTENAC MINING LIMITED, a Colorado Limited Partnership,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, August 8, 2006.**

    Defendant Charles E. Carlson's Motion for Leave to Amended Answer for Purpose of Clarity, Counterclaim, Cross-Claim, and Name Third Party Defendants. Trial Jury Requested [Filed August 4, 2006; Docket #41] is **denied**, without prejudice, for failure to comply with D.C. COLO. L.Civ.R. 7.1.A, Duty to Confer. Even *pro se* parties must comply with the Local Rules, of which Defendant was reminded by Order dated March 15, 2006.