IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00275-WYD-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHARLES E. CARLSON, individually, and in his official capacity
as General Partner of Front Range Royalties, Limited, and as
real party in interest for Frontenac Mining Limited,
FRONT RANGE ROYALTIES, LIMITED, a Colorado Limited Partnership, and
FRONTENAC MINING LIMITED, a Colorado Limited Partnership,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, December 5, 2006.**

Plaintiff's Unopposed Motion for Modification of the Resolution of Certain Issues and the 11/01/2006 Minute Order [Filed November 30, 2006; Docket #66] is **granted**. The Stipulated Resolution is modified in Paragraph 1.B to delete Ms. Kathy Letson from the list of "Qualified Persons" and to add Ms. Andrea Madigan and Ms. Corrine Christen. While the deletion of Ms. Letson from the list of Qualified Persons precludes her ability to review documents in this case after this change, she remains subject to the terms of the Protective Order as regarding information she reviewed while listed as a Qualified Person. Paragraphs 2.A and B are modified to extend the period for review by EPA from January 2, 2007, to January 22, 2007.

It is further ordered that the Continued Settlement Conference scheduled for January 9, 2007, is **vacated** and **rescheduled** to **January 31, 2007, at 1:30 p.m.**