IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00275-WYD-MEH

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.

CHARLES E. CARLSON, individually, and in his official capacity as General Partner of Front Range Royalties, Limited, and as real party in interest for Frontenac Mining Limited;
FRONT RANGE ROYALTIES LIMITED, a Colorado Limited Partnership; and
FRONTENAC MINING LIMITED, a Colorado Limited Partnership,

    Defendant(s).

## ORDER ADOPTING AND AFFIRMING RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

THIS MATTER is before the Court in connection with pro se Defendant Carlson's Motion to Vacate Default Entered by the Clerk of Court, filed July 28, 2006 (docket #38), and his Motion for Leave to Amend Answer, filed September 22, 2006 (docket #54).  These motions were referred to Magistrate Judge Hegarty for a recommendation by Order of Reference dated February 22, 2006.  A Report and Recommendation on the motions was issued on February 14, 2007, and is incorporated herein by reference.  *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

Magistrate Judge Hegarty recommends that I deny the motions without prejudice and stay all discovery deadlines pending the submission of the parties' Consent Decree.  *Recommendation* at 1.  By way of background, I note that Plaintiff initiated this

action on behalf of the Environmental Protection Agency seeking to recover costs incurred by the United States in connection with a mine owned and operated by Defendants pursuant to 42 U.S.C. § 9607 ("CERCLA").  Magistrate Judge Hegarty notes in the recommendation that three separate settlement conferences have been held in this case, including a final conference on February 13, 2007.  At this last settlement conference, the parties reached an agreement on a Consent Decree.  The parties are still finalizing language and have not yet executed the Decree.  *Id.* at 2.

Magistrate Judge Hegarty advised the parties that specific written objections were due within ten (10) days after being served with a copy of the recommendation. *Id.* at 3.  No objections having been filed, I am vested with discretion to review the recommendation "under any standard [I] deem[] appropriate."  *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings").  Nonetheless, though not required to do so, I review the recommendation to "satisfy [my]self that there is no clear error on the face of the record."[1]  *See* Fed. R. Civ. P. 72(b) Advisory Committee Notes.

Having reviewed the recommendation, I am satisfied that there is no clear error on the face of the record.  I agree with Magistrate Judge Hegarty that the pending motions should be denied without prejudice, which will allow Defendant to re-file these

---

[1] Note, this standard of review is something less than a "clearly erroneous or contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a de novo review, Fed. R. Civ. P. 72(b).

motions in the unlikely event that this case continues.  Accordingly, it is hereby

ORDERED that the Recommendation of United States Magistrate Judge dated February 14, 2007 (docket #71), is **AFFIRMED and ADOPTED**.  In accordance therewith, it is

ORDERED that Defendant's Motion to Vacate Default Entered by the Clerk of Court, filed July 28, 2006 (docket #38), is **DENIED WITHOUT PREJUDICE**.  It is

FURTHER ORDERED that Defendant's Motion for Leave to Amend Answer, filed September 22, 2006 (docket #54) is **DENIED WITHOUT PREJUDICE**.  It is

FURTHER ORDERED that all remaining discovery deadlines by **STAYED** pending the submission of the parties' Consent Decree.

Dated:  March 2, 2007

BY THE COURT:

s/ Wiley Y. Daniel  
Wiley Y. Daniel  
U. S. District Judge